SAMUEL B. THOMPSON, PLAINTIFF-RESPONDENT, v. CENTRAL RAILROAD OF NEW JERSEY, DEFENDANT-APPELLANT.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the defendant-appellant, *William A. Barkalow* (*De Voe Tomlinson,* of counsel).

For the plaintiff-respondent, *Earl A. Merrill.*

PER CURIAM.

The plaintiff recovered a verdict against the defendant in the sum of $12,500.

Our examination of the testimony in this case leads us to the conclusion that the defendant's negligence was clearly established, and that the plaintiff was not shown to have been negligent in any particular. Further, the damages recovered, in the light of the testimony submitted at the trial, were not excessive.

The rule will be discharged.